UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker, | Case No.  CV 19-04112-AB-JC |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| 7261 Melrose Avenue LLC, et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 21, 2019

_____

ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE